UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HECTOR RIOJAS, | Case No. 15-cv-03592-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline for Defendants to produce Administrative Records | 3/9/2016 |
| Deadline to add parties or amend the pleadings | 3/30/2016 |
| Deadline to file cross-motions for summary judgment | 4/20/2016 |
| Opposition briefs due | 6/1/2016 |
| Reply briefs due | 6/15/2016 |
| Hearing on cross-motions for summary judgment | 6/30/2016 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

1  manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their
2  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
3        Trial dates set by this Court should be regarded as firm. Requests for continuance are
4  disfavored. The Court will not consider any event subsequently scheduled by a party, party-
5  controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
6  a continuance. The Court will not consider the pendency of settlement discussions as good cause
7  to grant a continuance.
8        IT IS SO ORDERED.
9  Dated: February 24, 2016

                                                      JON S. TIGAR
                                       United States District Judge