LEGAL SERVICES OF NORTHERN CALIFORNIA
Elise Stokes, State Bar No. 288211
Stephen Goldberg, State Bar No. 173499
Gregory Holtz, State Bar. No. 293280
515 12th Street
Sacramento, CA 95814
Telephone: (916) 551-2150
Facsimile: (916) 551-2196
E-mail: estokes@lsnc.net

WESTERN CENTER ON LAW AND POVERTY
Stephanie Haffner, State Bar No. 194192
Richard Rothschild, State Bar No. 67356
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 235-2617
Facsimile: (213) 487-0242
Email: shaffner@wclp.org

Attorneys for Plaintiffs Hector Riojas and St. Mary's Center

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| HECTOR RIOJAS and ST. MARY'S CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, TOM VILSACK, Secretary, United States Department of Agriculture, and WILL LIGHTBOURNE, Director, California Department of Social Services. <br><br> Defendants. | Case No.: 15-cv-03592 <br><br> STIPULATION FOR ENLARGEMENT OF TIME PURSUANT TO LOCAL RULES 6-2 AND 54-5 <br><br> [PROPOSED] ORDER |

Stipulated Motion to Extend Dates and [Proposed] Order, Riojas v. USDA, 15-cv-03592

1

# STIPULATION

Pursuant to Local Rules 6-2 and 54-5, Plaintiff Hector Riojas, Federal Defendants United States Department of Agriculture and Tom Vilsack, Secretary, United States Department of Agriculture, and State Defendant Will Lightbourne, Director, California Department of Social Services, stipulate and agree to an enlargement of time for Plaintiff to file a motion for attorneys' fees.

On June 30, 2016, the Court granted Plaintiff's Motion for Summary Judgment and denied both Defendants' Motions for Summary Judgment. ECF 52. As of the filing of this stipulation, judgment has not been entered pursuant to Federal Rule of Civil Procedure 58.

Plaintiff requests an enlargement of time to file his motion for attorneys' fees to give the parties sufficient time to meet and confer as required by Local Rule 54-5; and to provide sufficient time to file the motion if that becomes necessary. Plaintiff has not made any previous requests for an enlargement of time to file a fee motion. Counsel for the parties have conferred on these matters and hereby stipulate and agree as follows:

(1) Plaintiff may file his motion for attorney's fees no later than 60 days after the court's entry of judgment;

(2) Defendants may file their opposition to any motion for attorneys' fees no later than 30 days thereafter, and;

(3) Plaintiff may file his reply brief no later than 14 days thereafter.

Accordingly, the parties respectfully request that the Court give effect to this stipulation extending the timeline for any motion for attorneys' fees in this matter as set forth herein.

DATED: July 25, 2016

Respectfully submitted,

Stipulated Motion to Extend Dates and [Proposed] Order, Riojas v. USDA, 15-cv-03592

/s/ Elise Stokes
ELISE STOKES, State Bar #288211

STEPHEN GOLDBERG, State Bar #173499
GREGORY HOLTZ, State Bar. No. 293280
Legal Services of Northern California
515 12th Street
Sacramento, CA 95814
Telephone: (916) 551-2150
Facsimile: (916) 551-2196
estokes@lsnc.net

STEPHANIE HAFFNER, State Bar #194192
RICHARD ROTHSCHILD, State Bar No. 67356
Western Center on Law and Poverty
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 235-2617
Facsimile: (213) 487-0242
shaffner@wclp.org

*Counsel for Plaintiffs Hector Riojas and St. Mary's Center*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ERIC WOMACK
Assistant Director, Federal Programs Branch

   /s/ Emily B. Nestler
EMILY B. NESTLER, D.C. Bar #973886
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-8489
Facsimile: (202) 616-8470
emily.b.nestler@usdoj.gov

*Counsel for Defendants United States Department of Agriculture and Tom Vilsack, Secretary, United States Department of Agriculture*

KAMALA D. HARRIS
Attorney General of California

SUSAN M. CARSON
Supervising Deputy Attorney General

   /s/ Hadara R. Stanton

HADARA R. STANTON, State Bar #227040
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5561
Fax: (415) 703-5480
Hadara.stanton@doj.ca.gov

*Counsel for Defendant Will Lightbourne, Director, California Department of Social Services*

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause appearing, the Court hereby approves the Parties' Stipulation to Enlarge Time and orders as follows:

(1) Plaintiff Hector Riojas may file a Motion for Attorney's Fees 60 days after Entry of Judgment;

(2) Defendants may file their opposition to any motion for attorneys' fees no later than 30 days thereafter, and;

(3) Plaintiff may file his reply brief no later than 14 days thereafter.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 27, 2016



Jon S. Tigar
District Judge

Stipulated Motion to Extend Dates and [Proposed] Order, Riojas v. USDA, 15-cv-03592