UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RIOJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Case No. 15-cv-03592-JST<br><br>**ORDER RE: PROPOSED FORM OF JUDGMENT**<br><br>Re: ECF No. 52 |

On June 30, 2016, the Court granted Plaintiff's Motion for Summary Judgment and denied Defendants' Motions for Summary Judgment. ECF No. 52. The Court orders Plaintiff to submit a proposed form of judgment within seven days of the filing date of this order. Defendants will then have seven days from the receipt of the proposed judgment to either approve it as to form or file their objections. Plaintiff may then file a response to Defendant's objections, if any, within seven days after Defendant's objections are filed.

IT IS SO ORDERED.

Dated: July 27, 2016



JON S. TIGAR
United States District Judge