LEGAL SERVICES OF NORTHERN CALIFORNIA
Elise Stokes, State Bar No. 288211
Stephen Goldberg, State Bar No. 173499
Gregory Holtz, State Bar. No. 293280
515 12th Street
Sacramento, CA 95814
Telephone: (916) 551-2150
Facsimile: (916) 551-2196
E-mail: estokes@lsnc.net

WESTERN CENTER ON LAW AND POVERTY
Stephanie Haffner, State Bar No. 194192
Richard Rothschild, State Bar No. 67356
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 235-2617
Facsimile: (213) 487-0242
Email: shaffner@wclp.org

Attorneys for Plaintiff Hector Riojas

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| HECTOR RIOJAS, | Case No.: 15-cv-03592 |
| Plaintiff, | JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, TOM VILSACK, Secretary, United States Department of Agriculture, and WILL LIGHTBOURNE, Director, California Department of Social Services. | |
| Defendants. | |

Joint Stipulation of Dismissal and [Proposed]
Order, Riojas v. USDA, 15-cv-03592

1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: March 3, 2017

Respectfully submitted,

   /s/ Elise Stokes
ELISE STOKES, State Bar #288211
STEPHEN GOLDBERG, State Bar #173499
GREGORY HOLTZ, State Bar. No. 293280
Legal Services of Northern California
515 12th Street
Sacramento, CA 95814
Telephone: (916) 551-2150
Facsimile: (916) 551-2196
estokes@lsnc.net

STEPHANIE HAFFNER, State Bar #194192
RICHARD ROTHSCHILD, State Bar No. 67356
Western Center on Law and Poverty
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 235-2617
Facsimile: (213) 487-0242
shaffner@wclp.org

*Counsel for Plaintiff Hector Riojas*

Joint Stipulation of Dismissal and [Proposed] Order, Riojas v. USDA, 15-cv-03592

CHAD A. READLER
Acting Assistant Attorney General

ERIC WOMACK
Assistant Director, Federal Programs Branch

　　/s/ Emily B. Nestler
EMILY B. NESTLER, D.C. Bar #973886
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-8489
Facsimile: (202) 616-8470
emily.b.nestler@usdoj.gov

*Counsel for Defendants United States Department of Agriculture and Tom Vilsack, Secretary, United States Department of Agriculture*

XAVIER BECERRA
Attorney General of California

SUSAN M. CARSON
Supervising Deputy Attorney General

　　　/s/ Hadara R. Stanton
HADARA R. STANTON, State Bar #227040
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5561
Fax: (415) 703-5480
Hadara.stanton@doj.ca.gov

*Counsel for Defendant Will Lightbourne, Director, California Department of Social Services*

Joint Stipulation of Dismissal and [Proposed]
Order, Riojas v. USDA, 15-cv-03592

**[PROPOSED] ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice.

DATED: March 7, 2017

_____
JUDGE JON S. TIGAR
United States District Judge

Joint Stipulation of Dismissal and [Proposed]
Order, Riojas v. USDA, 15-cv-03592

LEGAL SERVICES OF NORTHERN CALIFORNIA
Elise Stokes, State Bar No. 288211
Stephen Goldberg, State Bar No. 173499
Greg Holtz, State Bar No. 293280
515 12th Street
Sacramento, CA 95814
Telephone: (916) 551-2150
Facsimile: (916) 551-2196
E-mail: estokes@lsnc.net

WESTERN CENTER ON LAW AND POVERTY
Stephanie Haffner, State Bar No. 194192
Richard Rothschild, State Bar No. 67356
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
Telephone: (213) 235-2617
Facsimile: (213) 487-0242
Email: shaffner@wclp.org

Attorneys for Plaintiff Hector Riojas

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| HECTOR RIOJAS,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, TOM VILSACK, Secretary, United States Department of Agriculture, and WILL LIGHTBOURNE, Director, California Department of Social Services.<br><br>        Defendants. | Case No.: 15-cv-03592-JST<br><br>DECLARATION OF ELISE STOKES PURSUANT TO CIV. L.R. 5-1(i)(3) |

Case No. 15-cv-03592-JST: Declaration of Compliance with Civ. L.R. 5-1(i)(3)

1  I, Elise Stokes, declare that I have obtained concurrence from Emily B. Nestler, counsel
2  for Defendants Vilsack and U.S. Department of Agriculture, and Hadara Stanton, counsel for
3  Defendant Lightbourne, in filing this Joint Stipulation of Dismissal and Proposed Order.
4  I declare under penalty of perjury that the foregoing is true and correct.
5  Executed on March 3, 2017 in Sacramento, California.

6  By:  /s/Elise Stokes
        Elise Stokes
7       Counsel for Plaintiff